# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>SIDHARTHA KUMAR MATHUR<br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br>1:20-mj-3211-TMD |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

1:56 pm, Dec 21 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 10, 2020__ in the county of __Howard__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threats Against a Federal Official |

This criminal complaint is based on these facts:
As further described in the attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Tucker Kleitsch, U.S. Capitol Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: Baltimore, Maryland

Thomas M. DiGirolamo, United States Magistrate Judge
*Printed name and title*