____✓____ FILED   _____ ENTERED
_____ LOGGED   _____ RECEIVED

**12:46 pm, Dec 21 202**

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF UNITED STATES V. SIDHARTHA KUMAR MATHUR AND THE SEARCH OF SIDHARTHA KUMAR MATHUR, 12340 FOX MEADOW LANE, WEST FRIENDSHIP, MD 21794, AND INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT DESIDSTER@GMAIL.COM | 1:20-mj-3211 TMD<br>1:20-mj-3212 TMD<br>1:20-mj-3213 TMD<br>1:20-mj-3214 TMD<br><br>Case No. _____<br><br>**Filed Under Seal** |

## GOVERNMENT'S MOTION TO SEAL AND FOR NONDISCLOSURE ORDERS

The United States of America respectfully moves this Court for an order sealing the affidavit submitted in connection with above-referenced Criminal Complaint, search warrants, arrest warrants, and related documents and in support thereof states:

1.      United States Magistrate Judge Thomas M. DiGirolamo authorized a Criminal Complaint against Sidhartha Kumar Mathur, and the execution of search warrants upon, the person of Sidhartha Kumar Mathur, the residence located at 12340 Fox Meadow Lane, West Friendship, MD 21794, and information and records associated with the Google account desidster@gmail.com.

2.      The affidavit submitted in support of the above-referenced Complaint and search warrants contains information regarding an ongoing investigation related to alleged violations of Title 18, United States Code, Sections 115(a)(1)(B)(Threats Against a Federal Official), 875(c) (Interstate Threats), and 1001(False Statements).

3.      Disclosure of the affidavit at this time could seriously jeopardize the investigation as it would reveal names and identities of individuals related to this ongoing investigation and could potentially lead to the identification of individuals who are assisting law enforcement efforts. Further, continued investigation based on the results from this search warrant could reveal the

Rev. April 2020

targets of the investigation, who are not currently charged with any offense and may be unaware of the ongoing federal investigation.   Therefore, disclosure of the affidavit at this time would in all likelihood compromise the integrity of the investigation and could quite possibly jeopardize the outcome of the investigation.

4.      To seal an affidavit for a search or arrest warrant, the government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available.   *In re Search Warrants Issued on April 26, 2004*, 353 F. Supp. 2d 584 (D. Md. 2004).   The procedures for sealing are set forth in *Baltimore Sun Co. v. Goetz*, 886 F.2d 60 (4th Cir. 1989).   "The judicial officer may explicitly adopt the facts that the government presents to justify the sealing ...." *Id*. at 65.   This motion and the Court's reasons for sealing should also be sealed.   *Id*.   Notice of the sealing is required, but the notice requirement is satisfied by the docketing of the order sealing the documents.   *Id*.

5.      The United States also requests that the Court order Google not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court, December 18, 2021, or an indictment is returned, whichever is sooner. Google is a provider of an electronic communication service, as defined in Title 18, United States Code, Section 2510(15), and/or a remote computer service, as defined in Title 18, United States Code, Section 2711(2). Pursuant to Title 18, United States Code, Section 2703, the United States obtained the attached warrant, which requires Google to disclose certain records and information to the United States. This Court has authority under Title 18, United States Code, Section 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order

2

is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id*.

WHEREFORE, the government respectfully requests that the above-referenced search warrant and supporting affidavit, along with this motion and the Court's reasons for sealing, if made express in the order, be placed under seal until further order of this Court.

WHEREFORE, the government also respectfully requests that Google be ordered not to disclose the above-referenced search warrant until further order of the Court, December 18, 2021, or an indictment is returned, whichever is sooner.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:_____
   Zachary A. Myers
   Assistant United States Attorney
   36 South Charles Street, Fourth Floor
   Baltimore, Maryland 21201
   (410) 209-4800

3