IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF UNITED STATES V. SIDHARTHA KUMAR MATHUR AND THE SEARCH OF SIDHARTHA KUMAR MATHUR, 12340 FOX MEADOW LANE, WEST FRIENDSHIP, MD 21794, AND INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT DESIDSTER@GMAIL.COM | 1:20-mj-3211 TMD<br>1:20-mj-3212 TMD<br>1:20-mj-3213 TMD<br>Case No. 1:20-mj-3214 TMD<br><br>**Filed Under Seal** |

### ORDER

For good cause shown upon motion of the United States of America, this _21_ day of December, 2020, by the United States District Court for the District of Maryland, it is hereby ORDERED that the above-referenced Criminal Complaint, search warrants and supporting affidavit, along with the government's motion to seal, nondisclosure order, and this Order BE, and the same hereby are, SEALED pending further order of this Court.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

_12/21/2020_
DATE

_[signature]_
Honorable Thomas M. DiGirolamo
UNITED STATES MAGISTRATE JUDGE