✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

9:37 am, Dec 23 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **MAG. NO. TMD-20-3211** |
| | * | |
| | * | |
| **SIDHARTHA KUMAR MATHUR** | * | |
| | * | |
| **Defendant.** | * | |
| | ****** | |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves for an Order unsealing this case, including the criminal complaint and supporting affidavit, and in support thereof states:

1.	On December 21, 2020, the United States District Court for the District of Maryland issued a Criminal Complaint charging the defendant with Threats Against a Federal Official, in violation of Title 18, United States Code, Section 115(a)(1)(B). The same day, this Court issued an order sealing the Complaint, supporting affidavit, and various related documents.

2.	On December 23, 2020, the defendant was arrested in District of Maryland, and he is being transported to the U.S. District Courthouse in Baltimore for his initial appearance. Because the defendant is now in custody, sealing of this case is no longer required.

1

WHEREFORE, the United States respectfully requests that the Court issue an ORDER unsealing this case, including the criminal complaint and supporting affidavit.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:_____

Zachary A. Myers
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

For good cause shown, it is this  23  day of December, 2020, ORDERED that this case, including the Criminal Complaint and supporting affidavit, BE, and hereby are, UNSEALED.

_Thomas M. DiGirolamo_

Hon, Thomas M. DiGirolamo
United States Magistrate Judge
District of Maryland

2