IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | **Case No.: 20-mj-3211 TMD** |
| **SIDHARTHA KUMAR MATHUR** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Sidhartha Kumar Mathur (defendant).

I certify that I am admitted to practice in this court.

January 4, 2021

/s/
_____
Nicholas G. Madiou
Bar Number 30176
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
nickmadiou@gmail.com