# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| SIDHARTHA KUMAR MATHUR ) | Case No. 1:20-mj-3211-TMD |
| ) | |
| Defendant ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: Jan. 4, 2021

_Defendant's signature_ (/s/ NGM)

_Signature of defendant's attorney_

Nicholas G. Madiou
_Printed name and bar number of defendant's attorney_

Brennan McKenna & Lawlor, Chtd.
_Address of defendant's attorney_
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
_E-mail address of defendant's attorney_
nmadiou@brennanmckenna.com

_Telephone number of defendant's attorney_
301-474-0044

_FAX number of defendant's attorney_
301-474-5730